CO-386-online
10/03

# United States District Court
# For the District of Columbia

St. Michael's Medical Center, et al.   )
)
)
)
                       Plaintiff   )   Civil Action No._____
vs                             )
Michael Leavitt, Secretary of the   )
Department of Health and Human   )
Services                           )
                    Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  St. Michael's Medical Center, et al.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  NONE  which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

                                                                  Attorney of Record

                                                                    _Katherine Karker-Jennings_
                                                                    Signature

349290                                        Katherine Karker-Jennings
BAR IDENTIFICATION NO.           Print Name

                                                     6030Daybreak Circle, Suite A-150, Room 239
                                                   Address

                                                   Clarksville   Maryland   21029
                                                   City              State         Zip Code

                                                   (410) 531-2622
                                                   Phone Number