IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL LEAVITT, Secretary of the Department of Health and Human Services<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07- 1484 EGS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>AFFIDAFIT OF SERVICE</u>

I, Katherine Karker-Jennings, certify that I personally served the Honorable Alberto R. Gonzales, United States Attorney General, through his agent, Deborah Okutuga, at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, on August 17, 2007. I further certify that I am at least 18 years of age and not a party to this action.

<u>Katherine Karker-Jennings</u>
Katherine Karker-Jennings
DC Bar No. 349290
6030 Daybreak Circle
Suite A-150, Room 239
Clarksville, MD 21029
Phone: 410-531-2622