IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, ET AL. | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 07- 1484 EGS |
| MICHAEL LEAVITT, Secretary of the Department of Health and Human Services | ) ) ) | |
| Defendant | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIDAFIT OF SERVICE

I, Katherine Karker-Jennings, certify that I personally served Michael Leavitt through his agent Angela Hope at the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201, on August 17, 2007. I further certify that I am at least 18 years of age and not a party to this action.

<u>Katherine Karker-Jennings</u>
Katherine Karker-Jennings
DC Bar No. 349290
6030 Daybreak Circle
Suite A-150, Room 239
Clarksville, MD 21029
Phone: 410-531-2622