UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. MICHAEL'S MEDICAL CENTER, et al.,)
        Plaintiffs,                )
                                      )
    v.                               )        Civil No. 07-1484 (EGS)
                                      )
MICHAEL O. LEAVITT, Secretary of    )        **ECF**
    Health and Human Services,         )
        Defendant.                )
                                      )

## **PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

                                        Respectfully submitted,

                                        /s/ Paul E. Soeffing
                                        PAUL E. SOEFFING
                                        Attorney
                                        D.C. Bar No. 459480
                                        U.S. Department of Health and Human Services
                                        Office of the General Counsel
                                        Centers for Medicare & Medicaid Services Division
                                        Room C2-05-23
                                        7500 Security Boulevard
                                        Baltimore, Maryland 21244-1850
OF COUNSEL:                       410-786-1895

DANIEL MERON
General Counsel

MARK D. POLSTON
Acting Associate General Counsel

LAWRENCE J. HARDER
Acting Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services