# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 07-1484 (EGS) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this <u>16th</u> day of October, 2007, addressed to:

> Katherine Karker-Jennings
> 6030 Daybreak Circle
> Suite A-150, Room 239
> Clarksville, MD 21029.

/s/
_____
Charlotte A. Abel
Assistant United States Attorney