UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. MICHAEL'S MEDICAL CENTER, et al.,)
)
        Plaintiffs,      )
)
v.      )    Civil No. 07-1484 (EGS)
)
MICHAEL O. LEAVITT, Secretary of  )    **ECF**
   Health and Human Services,  )
)
        Defendant.      )
)

**CONSENT MOTION TO EXTEND TIME
TO FILE ANSWER, NUNC PRO TUNC**

    The Defendant, Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a one (1) day enlargement of time in which to answer the complaint. Pursuant to Local Rule 7(m), the undersigned assistant, Charlotte Abel, contacted Plaintiff's counsel on October 17, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the proposed enlargement of time. In support of the instant motion, the Secretary states as follows:

    1. Plaintiff filed and served this action on defendant on August 17, 2007. An answer was due on October 16, 2007. Defendant filed the administrative record on October 16, 2007, and had anticipated filing the answer on the same day. Although the answer had been drafted, the government neglected to file the answer on October 16, 2007, due to an oversight on the part of undersigned assistant, Charlotte Abel.

    2. Defendant requires a one day enlargement of time, *nunc pro tunc*, to answer the complaint. Plaintiff has not been prejudiced by this inadvertent delay and consents to this motion. Therefore, the Secretary requests a one day enlargement of time, *nunc pro tunc*, to file

his Answer, up to and including October 17, 2007.

    3. This request is made in good faith and not for purposes of delay.

    4. This is the first request made to enlarge the period of time in which to file an Answer to the Complaint.

    5. There are no other previously scheduled deadlines in this case.

    6. A proposed order is attached.

                                Respectfully submitted,

                                /s/
                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar No. 498610

                                /s/
                              CHARLOTTE A. ABEL
                              Assistant United States Attorney
                              D.C. Bar No. 388582
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-2332
                              Facsimile: (202) 514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. MICHAEL'S MEDICAL CENTER, et al., )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )   Civil No. 07-1484 (EGS)
                                      )
MICHAEL O. LEAVITT, Secretary of      )   **ECF**
    Health and Human Services,        )
                                      )
        Defendant.                    )
                                      )

**ORDER**

Having considered Defendant's Consent Motion for an Enlargement of Time to Answer the Complaint, *nunc pro tunc*, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer the Complaint is hereby granted.

_____
United Stated District Judge