UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. MICHAEL'S MEDICAL CENTER, et al.,)
                Plaintiffs,            )
     v.                           )   Civil No. 07-1484 (EGS)
MICHAEL O. LEAVITT, Secretary of  )   **ECF**
   Health and Human Services,   )
               Defendant.            )

## JOINT REPORT AND PROPOSED SCHEDULING ORDER

In accordance with the Court's Order for Meet and Confer Report, dated October 18, 2007, the parties report as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services ("the Secretary") denying Plaintiffs' request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiffs seek judicial review of the Secretary's determination of the wage index component of Medicare's hospital inpatient Prospective Payment System, for the relevant Metropolitan Statistical Area where each Plaintiff is geographically located, for Federal Fiscal Year 2001.

3. In accordance with the Court's Order of October 18, 2007, the parties have conferred. The parties have opened lines of communication to determine whether settlement of this case can be achieved. The parties have also determined that this case can be resolved by cross-motions

for summary judgment in the event settlement is not possible.  Subject to approval by the Court, the parties have agreed to the following briefing schedule, which is reflected in the attached proposed scheduling order:

| | |
|---|---|
| April 4, 2008:[1] | Plaintiffs' Motion for Summary Judgment |
| June 3, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| July 18, 2008: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| August 18, 2008: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

4.  The parties do not consent to the referral of this case to a Magistrate Judge for all purposes.

5.  The parties believe that this case is unsuitable now for the various forms of alternative dispute resolution, including mediation, arbitration, early neutral evaluation, summary jury trial, or other forms of alternative dispute resolution.

6.  The parties also wish to inform the Court that a related case, St. Michael's Medical Center, et al. v. Leavitt, No. 07-2036 (EGS), was filed on November 8, 2007 by many of the same hospitals involved in this action.  That case contains identical issues, but for Federal Fiscal

---

[1] This date reflects additional up-front time for the parties to continue with settlement negotiations.

2

Year 2000. The parties respectfully submit that case No. 07-2036 should be stayed pending resolution of the instant case.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
| --- | --- |
| /s/ | /s/ |
| KATHERINE KARKER-JENNINGS | JEFFREY A. TAYLOR, D.C. Bar No. 498610 |
| D.C. Bar No. 349290 | United States Attorney |
| 6030 Daybreak Circle | |
| Suite A-150, Room 239 | /s/ |
| Clarksville, MD 21029 | CHRISTOPHER B. HARWOOD |
| (410) 531-2622 | Assistant United States Attorney |
| (410) 531-9449 (fax) | Judiciary Center Building |
| Karkerjen@aol.com | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |
| | |
| | /s/ |
| | PAUL E. SOEFFING, D.C. Bar No. 459480 |
| | Attorney |
| | U.S. Department of Health and Human Services |
| | Office of the General Counsel |
| | Centers for Medicare & Medicaid Services Division |
| | Room C2-05-23 |
| | 7500 Security Boulevard |
| | Baltimore, Maryland 21244-1850 |
| | (410) 786-1895 |

OF COUNSEL:

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
| --- | --- |
|     /s/ |     /s/ |
| KATHERINE KARKER-JENNINGS | JEFFREY A. TAYLOR, D.C. Bar No. 498610 |
| D.C. Bar No. 349290 | United States Attorney |
| 6030 Daybreak Circle | |
| Suite A-150, Room 239 |     /s/ |
| Clarksville, MD 21029 | CHRISTOPHER B. HARWOOD |
| (410) 531-2622 | Assistant United States Attorney |
| (410) 531-9449 (fax) | Judiciary Center Building |
| Karkerjen@aol.com | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |
| | |
| |     /s/ |
| | PAUL E. SOEFFING, D.C. Bar No. 459480 |
| | Attorney |
| | U.S. Department of Health and Human Services |
| | Office of the General Counsel |
| | Centers for Medicare & Medicaid Services Division |
| | Room C2-05-23 |
| | 7500 Security Boulevard |
| | Baltimore, Maryland 21244-1850 |
| | (410) 786-1895 |

OF COUNSEL:

DANIEL MERON
General Counsel

CAROL J. BENNETT
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v.                                                )<br>)<br>MICHAEL O. LEAVITT, Secretary of    )<br>   Health and Human Services,            )<br>)<br>Defendant.           )<br>_____) | Civil No. 07-1484 (EGS)<br><br>**ECF** |

## SCHEDULING ORDER

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this ____ day of _____, 2007, hereby ORDERED that:

1. No Initial Scheduling Conference will be held in this case. If at a later time any party believes a conference with the Court is necessary or advisable for any purpose, that party may file a motion seeking such a conference.

2. Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| April 4, 2008: | Plaintiffs' Motion for Summary Judgment |
| June 3, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |

| | |
|---|---|
| July 18, 2008: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| August 18, 2008: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

SO ORDERED.

_____
EMMET G. SULLIVAN
United States District Judge