UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Civil No. 07-1484 (EGS)<br><br>**ECF** |

## JOINT STATUS REPORT

In accordance with the Court's Order dated February 5, 2008, requiring the parties to file a joint status report no later than March 5, 2008, the parties report that, after negotiations and an exchange of views on this matter, they have determined that settlement of the consolidated cases, Nos. 07-1484 and 07-2036, will not be achieved. Therefore, the parties will submit cross-motions for summary judgment in accordance with the scheduling order previously entered by the Court on December 13, 2007, in case No. 07-1484. Briefing in the consolidated cases will commence with the filing of Plaintiffs' Motion for Summary Judgment on April 4, 2008.

|  | Respectfully submitted, |
|---|---|
| Counsel for Plaintiffs: | Counsel for Defendant: |
| /s/ | /s/ |
| KATHERINE KARKER-JENNINGS | JEFFREY A. TAYLOR, D.C. Bar No. 498610 |
| D.C. Bar No. 349290 | United States Attorney |
| 6030 Daybreak Circle | |
| Suite A-150, Room 239 | /s/ |
| Clarksville, MD 21029 | CHRISTOPHER B. HARWOOD |
| (410) 531-2622 | Assistant United States Attorney |
| (410) 531-9449 (fax) | Judiciary Center Building |
| Karkerjen@aol.com | 555 4th Street, N.W. |
|  | Washington, D.C. 20530 |
|  | (202) 307-0372 |

    /s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-8080

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services