UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:07-cv-01484 (EGS) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

The Clerk will please **enter** the appearance of Lawrence J. Harder and **withdraw** the appearance of Paul E. Soeffing as counsel for the Defendant in the above-entitled case.

Respectfully submitted,

s/LAWRENCE J. HARDER
LAWRENCE J. HARDER
Supervisory Trial Attorney
Department of Health and Human Services
Office of the General Counsel
Health Care Financing Division
7500 Security Blvd., C2-05-23
Baltimore, MD 21244-1850
(410) 786-8080