UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. MICHAEL'S MEDICAL CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-1484 (EGS) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, | ) ) ) ) ) | ECF |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant requests that the Clerk of the Court **enter** the appearance of Jocelyn S. Beer and **withdraw** the appearance of Lawrence J. Harder as agency counsel for Defendant in the above-captioned case.

Respectfully submitted,

s/LAWRENCE J. HARDER
LAWRENCE J. HARDER

s/JOCELYN S. BEER
JOCELYN S. BEER
Attorney
Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Division
330 Independence Avenue S.W.
Room 5309
Washington, D.C. 20201
(202) 305-3564